UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK, Plaintiffs, v. CRESTHAVEN APTS., LLC; and DOES 1 THROUGH 10, Inclusive Defendants | Case No: 2:19cv04477 DSF (MRWx) ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs. Additionally, all future dates and appearances are hereby vacated.

IT IS SO ORDERED.

DATED: September 23, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL

1